No. 6888. COLLINS v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 6890. RANDOLPH ET AL. v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 6891. SIMMS v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 6893. MASTRACCHIO v. HOWARD, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 6894. TOTH v. RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 6896. FOREMAN v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 6902. HITE v. MOYNAHAN, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 6th Cir. Certiorari denied.

No. 6903. ROGERS v. PICARD, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.

No. 6905. VARRELLA v. VARRELLA. C. A. D. C. Cir. Certiorari denied.

No. 6909. WOLFF v. BUCHKOE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 6917. BILLINGSLEY ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 1589. MODLA v. CHRYSLER CORP. ET AL. C. A. 6th Cir. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion and petition.